Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Plaintiff Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass Through Certificates, Series 2007-AR5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR5<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02730-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT/COUNTER-CLAIMANT SFR INVESTMENTS POOL 1, LLC, AND DEFENDANT SILVERSTONE RANCH COMMUNITY ASSOCIATION** |

Plaintiff Wells Fargo Bank, N.A., as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass Through Certificates, Series 2007-AR5 ("Wells Fargo"), Defendant SFR Investment Pools 1, LLC ("SFR"), and Defendant Silverstone

DMWEST #18330425 v1

Ranch Community Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 8088 Celina Hills Street, Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on July 31, 2014, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20070504-0002861 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims among them, and further agreed that the claims among them, including the Complaint, shall be DISMISSED with prejudice;

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20161214-0000002 be, and the same hereby is, EXPUNGED.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

(*Remainder of Page Intentionally Left Blank*)

2

DMWEST #18330425 v1

11. Each party in this case number 2:16-cv-02730-APG-PAL shall bear its own attorneys' fees and costs.

Dated this December 20, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil
    Nevada Bar No. 7548
    Justin A. Shiroff
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass Through Certificates, Series 2007-AR5*

ROBBINS LAW FIRM

By:/s/ Elizabeth B. Lowell
    Elizabeth B. Lowell, Esq.
    1995 Village Center Cir., Suite 190
    Las Vegas, Nevada 89134

*Attorneys for Silverstone Ranch Community Association*

KIM GILBERT EBRON

By: /s/Jaqueline A. Gilbert
    Diana S. Ebron
    Nevada Bar No.10580
    Jacqueline A. Gilbert
    Nevada Bar No.10593
    Karen L. Hanks
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: December 21, 2018

DMWEST #18330425 v1